UNITED STATES DISTRICT COURT

THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case Number   CR11-00638RMW |
| Plaintiff, | |
| vs | ORDER OF DETENTION PENDING TRIAL |
| MEGHAN CAHILLANE | |
| Defendant. | |

FILED

MAY 1 6 2012

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

In accordance with the Bail Reform Act, 18 U.S.C. § 3148, a revocation of release hearing was held on May 16, 2012. Defendant was present, represented by her attorney Mary Conn. The United States was represented by Assistant U.S. Attorney John Glang.

The government established through clear and convincing evidence that defendant had violated the conditions of her release, and the court finds that she is unlikely to abide by any condition or combination of conditions.

Accordingly, defendant's release is revoked and she is ordered detained.

Dated: 5/16/12

HOWARD R. LLOYD
United States Magistrate Judge